## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

|  |  |  |
|---|---|---|
| ALAN SIGMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 3:12-5296 |
| | ) | |
| ERIC K. SHINSEKI, SECRETARY, | ) | |
| DEPARTMENT OF VETERAN AFFAIRS | ) | |
| Defendant. | ) | Document Electronically Filed |
| | ) | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff, Mr. Alan Sigmon, by and through the undersigned counsel, and respectfully moves to withdraw as counsel the law firm Melville Johnson, P.C. and Attorney Vicente de la Cruz, of the same.

Mr. Sigmon has terminated the services of Melville Johnson, P.C. Mr. Sigmon has chosen to retain local counsel, Ms. Kristina Thomas Whiteaker of The Grubb Law Group. Furthermore, Mr. Sigmon has retained Mr. Shaun Southworth of Southworth P.C. as his new counsel. Mr. Southworth was formerly employed with Melville Johnson, P.C., but he is no longer associated with the firm. Mr. Southworth's contact information is:

> Shaun Southworth
> Southworth, P.C.
> 1100 Peachtree Street NE
> Suite 200
> Atlanta, GA 30309
> Phone: 404-585-8095
> Fax: 404-393-4129

WHEREFORE, Plaintiff respectfully requests that this Honorable Court withdraw Mr. de la Cruz and the firm Melville Johnson, P.C. as the counsel and firm of record in the United States District Court of the Southern District of West Virginia in the above-captioned matter.

Respectfully submitted this 10th day of January, 2013.

    THE GRUBB LAW GROUP

    /s/ Kristina Thomas Whiteaker
    Kristina Thomas Whiteaker
    West Virginia Bar No. 9434

    1114 Kanawha Boulevard, East
    Charleston, WV 25301
    Phone: 304-345-3356
    Fax: 304-345-3355

    MELVILLE JOHNSON, P.C.

    /s/ Vicente de la Cruz
    Vicente de la Cruz
    Georgia Bar No. 466880
    Florida Bar No. 0490830
    *(Visiting Attorney)*

    22 Seventh Street NE
    Atlanta, GA 30308
    Phone: 404-724-0000
    Fax: 404-724-0040

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

|  |  |  |
|---|---|---|
| ALAN SIGMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 3:12-5296 |
| | ) | |
| ERIC K. SHINSEKI, SECRETARY, | ) | |
| DEPARTMENT OF VETERAN AFFAIRS | ) | |
| Defendant. | ) | Document Electronically Filed |
| | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of January, 2013, I electronically filed the foregoing Motion to Withdraw as Counsel using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys:

>J. Christopher Krivonyak
>U.S. ATTORNEY'S OFFICE
>P. O. Box 1713
>Charleston, WV 25326-1713
>Phone: 304-345-2200
>Fax: 304-347-5104

Respectfully submitted this 10th day of January, 2013.

>THE GRUBB LAW GROUP
>
>/s/ Kristina Thomas Whiteaker
>Kristina Thomas Whiteaker
>West Virginia Bar No. 9434
>
>1114 Kanawha Boulevard, East
>Charleston, WV 25301
>Phone: 304-345-3356
>Fax: 304-345-3355

MELVILLE JOHNSON, P.C.

/s/ Vicente de la Cruz
Vicente de la Cruz
Georgia Bar No. 466880
Florida Bar No. 0490830
*(Visiting Attorney)*

22 Seventh Street NE
Atlanta, GA 30308
Phone: 404-724-0000
Fax: 404-724-0040