```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          HUNTINGTON
```

ALAN SIGMON,

    Plaintiff,

v.                                    Civil Action No. 3:12-cv-5296

ERIC K. SHINSEKI, Secretary,
Department of Veterans Affairs,

    Defendant.

### CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2013, I electronically filed the **CERTIFICATE OF SERVICE** for **DEFENDANT'S FIRST REQUESTS FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system. I have mailed a copy to the following:

    David L. Grubb, Esq.
    Kristina Thomas Whiteaker, Esq.
    Shaun C. Southworth, Esq.

    **s/J. Christopher Krivonyak**
    WV Bar No. 7187
    Assistant United States Attorney
    U.S. Attorney's Office
    P.O. Box 1713
    Charleston, WV 25326
    Phone: 304-345-2200
    Fax: 304-347-5443
    E-mail: chris.krivonyak@usdoj.gov